**Order entered September 28, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00411-CV

### TONYA PARKS, Appellant

### V.

### AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL AND KATHERINE CAMPBELL, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01614-B**

### ORDER

Before the Court is court reporter Robin N. Washington's September 27, 2021 second request for a twenty-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than October 18, 2021.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE